UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAYARTO PERKINS,

    Plaintiff,

v.                                                      Case No. 2:11-cv-23
                                                       HON. R. ALLAN EDGAR

CHARLIE MCCARTHY, et al.,

    Defendants.
_____/

## ORDER

    Plaintiff Shayarto Perkins moves for a temporary retraining order and a preliminary injunction hearing pursuant to Fed. R. Civ. P. 65. [Court Doc. No. 11]. On November 22, 2011, Magistrate Judge Timothy P. Greeley issued a report and recommendation. [Court Doc. No. 18]. The Magistrate Judge recommends that the plaintiff's motion be denied. Plaintiff Perkins has not timely filed an objection to the report and recommendation.

    After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.1(c) and 72.3(b). The plaintiff's motion [Court Doc. No. 11] is **DENIED**.

    SO ORDERED.

    Date: December 16, 2011.


                                              */s/ R. Allan Edgar*
                                              R. ALLAN EDGAR
                                  UNITED STATES DISTRICT JUDGE