UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAYARTO PERKINS, #184125,

        Plaintiff,                    Case No. 2:11-cv-23

v.                                           Honorable R. Allan Edgar

CHARLIE McCARTHY, et al.,

        Defendants.
                                              /

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

On May 31, 2013, U.S. Magistrate Judge Timothy P. Greeley entered a Report and Recommendation ("R&R") recommending that Defendant Canlas's motion for summary judgment be granted and that Defendants Alexander, Barry, Edlund, Hofbauer, Isaacson, Jondreau, Larson, Maki, McCarthy, Napel, Neher, Pelkola, Pertu, Petaja, Raymond, Sherry, Snyder, Sohlden, Tervo, and Yankovich's motion for summary judgment be granted in part and denied in part.  Doc. No. 111.  This Court is required to make a de novo determination of those portions of the R&R to which objections have been filed, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).  No objections have been filed.

After reviewing the record, the Court APPROVES AND ADOPTS Magistrate Judge Greeley's R&R [Doc. No. 111] as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. L. Civ. R. 72.3(b).  Plaintiff's claims against Defendants Canlas, Sohlden, Isaacson, Neher, Maki, Petaja, Pertu, Jondreau, Larson, Raymond, and Sherry are

DISMISSED WITH PREJUDICE.  This case remains pending as to Plaintiff's First Amendment retaliation claims against Defendants Tervo, Alexander, Edlund, Hofbauer, McCarthy, Napel, Yankovich, Barry, Snyder, Pelkola, and Hodges; and Plaintiff's First Amendment and RLUIPA claims against Defendants Barry and Snyder.

SO ORDERED.


Dated: 9/23/2013       /s/ R. Allan Edgar
                       R. Allan Edgar
                       United States District Judge